**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: October 12, 2018

Jorge A. Rubio
Morgan County Correctional Complex
P.O. Box 2000
Wartburg, TN 37887

Re: Case No. 18-6071, *Jorge Rubio v. Trinity Polk, et al*
Originating Case No. : 1:15-cv-01165

Dear Mr. Rubio,

This appeal has been docketed as case number **18-6071** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court.

At this stage of the appeal, the following forms should be completed and mailed to the Clerk's office by **October 26, 2018**. More specific instructions are printed on each form.

Appellant: Transcript Order

As the appellant, you are responsible for paying the $505.00 filing fee for this appeal to the District Court within **30 days**. If you cannot pay the fee in one lump sum, you should follow instructions from the District Court so it can determine if the filing fee should be deducted in installments from your prison trust account, pursuant to 28 U.S.C. § 1915(b). If the District Court rules that your appeal is not taken in good faith, you may renew your motion for pauper status in this Court. No matter what your choices are, the fee deadline is important because the appeal will be dismissed for want of prosecution if the filing fee is not paid or an application made for installment payments under 28 U.S.C. § 1915(b).

Since you are representing yourself in this appeal, when you submit motions, briefs or any other documents to the Clerk's office, send only **1** original which you have signed. Copies are no longer necessary. **Do not staple, paper clip, tab or bind pro se motions or briefs sent to the Clerk's office -- these documents are scanned and staples etc. create paper jams**.

The Clerk's office cannot give pro se litigants legal advice but questions about the forms or electronic case filing may be directed to the case manager.

Sincerely yours,

s/Jill Colyer
Case Manager
Direct Dial No. 513-564-7024

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 18-6071**

JORGE A. RUBIO

Plaintiff - Appellant

v.

TRINITY MENTAL POLK; ROBERT ADAM, WCF Associate Warden; DAN DEAVERS, WCF Associate Warden; ERIN GILES WOODEN, Unit Manager; P. SPEARS, TDOC Liaison; TONYA TAYLOR, Correctional Officer; [UNKNOWN] PALMER, Assistant Chief of Security; CORECIVIC, fka Corrections Corporation of America

Defendants - Appellees